UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Nancy Bechere, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11086-DRH |
| *Vicky Cebzanov v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10624-DRH |
| *Jana Dowling v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10625-DRH |
| *Donna Lamm v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10636-DRH |
| *Rebecca Mantey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10724-DRH |
| *Jenna Santoianni v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13586-DRH |
| *Tammi Stockwell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13589-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 7, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
Deputy Clerk

Dated: November 12, 2013

Digitally signed by
David R. Herndon
Date: 2013.11.12
11:45:18 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT

2